IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA, | DOCKET NO. 1:24-CR-33 |
|---|---|
| *Plaintiff,* | |
| vs. | **CERTIFICATES FOR SENTENCING** |
| NICHOLAS TYLER BANKS, | |
| *Defendant.* | |

Nicholas Tyler Banks, by and through his counsel of record, Assistant Federal Public Defender Mary Ellen Coleman, hereby submits the attached Certificate of Achievement in Bible Studies and Certificate of Baptism, which he earned during detention in this case.

These documents are submitted for the Court's review and consideration in addition to any additional evidence and argument that may be presented at his sentencing hearing.

Dated: June 2, 2025

Respectfully Submitted,

s/ Mary Ellen Coleman
Mary Ellen Coleman
NC Bar 45313
Asst. Federal Public Defender
Attorney for Defendant
Federal Public Defender for the
Western District of North Carolina
1 Page Avenue, Suite 210
Asheville, NC 28801
Phone: (828) 232-9992
Fax: (828) 232-5575
E-Mail: Mary_Ellen_Coleman@fd.org

# CERTIFICATE of ACHIEVEMENT

THIS ACKNOWLEDGES THAT

## Nicholas Banks

HAS SUCCESSFULLY COMPLETED THE

**Three Part Bible Course**

Presented by Word of Grace Ministry
Wordofgraceministry.org

JANUARY 2025

*Minister Wesley Stephens*

828-226-4491

For HIS Glory

# Certificate of Baptism

This certifies that in obedience to scripture

## Nicholas Banks

WAS BAPTIZED IN THE NAME OF THE FATHER, THE SON, AND THE HOLY SPIRIT

4/15    2025
Given on this , day of Month,

Go therefore and make disciples of all nations, baptizing them in the name of the Father and of the Son and of the Holy Spirit, Matthew 28:19

*Charlie Lee*
WITNESSED BY

CHRIST FOR ALL PEOPLE MINISTRIES

WITNESSED BY